UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

O'Brien Enterprises, LLC, et al.,

    Plaintiffs,

    v.          Case No. 1:20-cv-00466

B&B Franchising LLC, et al.,      Judge Michael R. Barrett

    Defendants.

## ORDER

Pursuant to notification by the parties on November 17, 2021, this matter is resolved. Consequently, it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, provided that the parties may, upon good cause shown within sixty (60) days, reopen the action. The Court retains jurisdiction.

    **IT IS SO ORDERED.**

    *s/Michael R. Barrett*
    Michael R. Barrett, Judge
    United States District Court